Before the Second Division, December 29, 1943

**No. 49073.**—Protests 627111–G, etc., of Snug Fit Hat Co. (New York).

Opinion by Tilson, J. The record showed that certain of the merchandise consists of hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) and the record in that case was admitted in evidence herein. In accordance therewith the claim at only 25 percent was sustained.

**No. 49074.**—Protests 547883–G, etc., of Hyman Rosen et al. (New York).

Opinion by Tilson, J. The testimony showed that certain of the items consist of hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted in evidence herein. In accordance therewith those imported or withdrawn for consumption prior to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those imported or withdrawn for consumption subsequent to said trade agreement were held dutiable at 12½ percent under paragraph 1504 (b) (5) and T. D. 48075.

**No. 49075.**—Protest 632426–G of Ecuadorian Panama Hat Co., Inc. (New York).

Opinion by Tilson, J. The evidence produced at the trial showed that certain of the items in question consist of hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted in evidence herein. In accordance therewith certain of the hats in question were held dutiable at only 25 percent under paragraph 1504 (b) (5) as claimed.

**No. 49076.**—Protest 758537–G of Philip Lien (New York).

Opinion by Tilson, J. The evidence presented at the trial showed that certain of the items in question consist of hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted in evidence herein. In accordance therewith certain of the hats in question were held dutiable at only 25 percent under paragraph 1504 (b) (5) as claimed.

**No. 49077.**—Protests 62814–K, etc., of Bolivian Hat Co. et al. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.